UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

New Oil Christian Center,

    Plaintiff,

v.                           **ORDER ADOPTING REPORT AND RECOMMENDATION**
                                 Civil File No. 22-02136 (MJD/ECW)

GuideOne Insurance Company, f/k/a
GuideOne Mutual Insurance Company,

    Defendant.

Kenneth U. Udoibok, Kenneth Ubong Udoibok, P.A., for Plaintiff.

Tony R. Krall, Meagher & Geer, P.L.L.P., for Defendants.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated October 17, 2025. [Doc. 132.] No objections have been filed to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated October 17, 2025.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated October 17, 2025 **[Doc. 132]**; and

2. Plaintiff's Motion for the Court to Enforce its Remand Order, Leave for Plaintiff to Amend Its Complaint to bring Minn. Stat §§ 604.18, Minn. Stat §§ 549.20 Claims **[Doc. 108]** is **DENIED without prejudice**.

Dated: November 10, 2025                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court